CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

JAN 29 2016

JULIA C. DUDLEY, CLERK
BY: _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| AL-QAHIRA JIHAD AL-MATEEN BAKRA, | ) | Civil Action No. 7:16-cv-00009 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM OPINION** |
| | ) | |
| TIMOTHY TRENT, et al., | ) | By:  Hon. Jackson L. Kiser |
| Defendants. | ) | Senior United States District Judge |

Al-Qahira Jihad Al-Mateen Bakra, a Virginia inmate proceeding pro se, filed a complaint pursuant to 42 U.S.C. § 1983. Plaintiff names Timothy Trent and "B.R.R.J. Administration" as the defendants. Plaintiff complains about the grievance system and access to jail grievances in a jail. At the conclusion of the complaint, plaintiff demands $1.5 million "for the weeks I've sat in here breathing the fumes of feces and urine while eating and sleeping and further seeing his feces drop in front of me." This matter is before me for screening, pursuant to 28 U.S.C. § 1915A.

I must dismiss the complaint for failing to state a claim upon which relief may be granted. The "B.R.R.J. Administration" is not a proper defendant to an action pursuant to § 1983. See West v. Atkins, 487 U.S. 42, 48 (1988) (recognizing a § 1983 claim must allege the violation of a federal right by a person acting under color of state law); Ferguson v. Morgan, No. 1:90cv06318, 1991 U.S. Dist. LEXIS 8295, 1991 WL 115759, at *1 (S.D.N.Y. June 20, 1991) (concluding that a group of personnel, like "medical staff," is not a "person" for purposes of § 1983). Also, Plaintiff's dissatisfaction with a jail's grievance system or access to grievances does not describe the violation of a federal right. Adams v. Rice, 40 F.3d 72, 74 (4th Cir. 1994). Furthermore, Plaintiff further fails to describe Trent's deliberate indifference to the deprivation of a basic human need. See, e.g., Strickler v. Waters, 989 F.2d 1375, 1389 (4th Cir. 1993). Accordingly, I dismiss the complaint without prejudice for failing to state a claim upon which relief may be granted.

**ENTER**: This 20th day of January, 2016.

Senior United States District Judge